# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to           before the Court. The issues have been           and a decision has been rendered.

---

*Date*                                             *Clerk*

                                                   _____
                                                   *(By) Deputy Clerk*